Larry R. Laycock (Utah State Bar No. 4868)
    *llaycock@mabr.com*
Charles J. Veverka (Utah State Bar No. 7110)
    *cveverka@mabr.com*
Tyson K. Hottinger (Utah State Bar No. 13067)
    *thottinger@mabr.com*
MASCHOFF BRENNAN LAYCOCK
        GILMORE ISRAELSEN & WRIGHT PLLC
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:  (435) 252-1360
Facsimile:  (435) 252-1361

Attorneys for Plaintiffs and Counterclaim Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SIGNS.COM, INC., and FERRARI COLOR, <br><br> Plaintiffs, <br><br> v. <br><br> SA INTERNATIONAL INC., <br><br> Defendant. | Case No. 2:13-CV-00036-RJS-DBP <br><br> **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> Jury Demanded <br><br> Honorable Judge Robert J. Shelby |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to federal rule of civil procedure 41(a)(1)(a)(ii), the parties in the above-captioned action hereby stipulate to the dismissal of all claims, counterclaims, third party claims, demands, causes of action and defenses that were or could have been asserted in the action with prejudice. Each party is to bear its own attorneys' fees and costs.

DATED: March 21, 2014.                      By:     */s/ Tyson K. Hottinger*
                                                  Larry R. Laycock
        Charles J. Veverka
        Tyson K. Hottinger
        MASCHOFF BRENNAN LAYCOCK
         GILMORE ISRAELSEN & WRIGHT PLLC

DATED: March 24, 2014                      By:     */s/ Cody Z. Winchester*
        Gregory D. Phillips
        Cody Z. Winchester
        Jared L. Cherry
        Phillips Ryther & Winchester

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2014, a true and correct copy of the

foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** was served via E-

Mail through the Court's EM/ECF service on the following counsel of record:

Gregory D. Phillips
Cody Z. Winchester
Jared L. Cherry
Phillips Ryther & Winchester
600 East 124 South
Salt Lake City, UT 84102
Email: gdp@prwlawfirm.com
        czw@prwlawfirm.com
        jlc@prwlawfirm.com


        __/s/ Tyson K. Hottinger_____

2